IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MITZI D. FARCHETTE                                                                          PLAINTIFF

v.                                    Case No. 4:22-cv-4058

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                                       DEFENDANT

## ORDER

Before the Court is the parties' Joint Motion to Stay Case and Continue All Deadlines. ECF No. 12.  The parties have informed the Court that they have reached a settlement resolving all claims in the instant matter.  ECF Nos. 12, 13.  The parties therefore ask the Court to stay discovery and all pretrial deadlines, allowing the parties thirty (30) days to finalize the settlement agreement and submit appropriate dismissal papers.  ECF Nos. 12, 13.

Upon consideration, the Court finds that good cause exists for the motion (ECF No. 12), which is hereby **GRANTED**.  All deadlines in the instant matter are stayed through October 23, 2022.

**IT IS SO ORDERED**, this 23rd day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge