IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MITZI D. FARCHETTE                                                                                      PLAINTIFF

v.                                    Case No. 4:22-cv-4058

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                                              DEFENDANT

## ORDER

Before the Court is Plaintiff Mitzi D. Farchette's Stipulation of Dismissal. ECF No. 15. No response is necessary.

The parties stipulate to the dismissal of Plaintiff's claims with prejudice, with each side bearing her or its own costs. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The "entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, Plaintiff's claims were effectively dismissed when the stipulation was filed. However, the instant Order issues for purposes of maintaining the docket.

Therefore, to the extent that the instant stipulation (ECF No. 15) constitutes a motion, it is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, with the parties bearing her or its own costs.

**IT IS SO ORDERED**, this 21st day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge